IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| NICHOLAS LESKOVISEK, AND CHAD UNDERWOOD | ) ) ) | |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | No. 17-3251-SEM-EIL |
| ILLINOIS DEPARTMENT OF TRANSPORTATION AND DEPARTMENT OF CENTRAL MANGAMENT SERVICES | ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

Defendants, ILLINOIS DEPARTMENT OF TRANSPORTATION and ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, by and through their attorney, LISA MADIGAN, Attorney General of the State of Illinois, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), move to dismiss Plaintiffs' complaint. In support, Defendants state as follows:

1.  Plaintiffs filed a complaint alleging violations of the Americans with Disabilities Act. Specifically, Plaintiffs allege Defendants failed to accommodate and hire them for full-time State employment by using pre-employment testing and interview requirements that had the effect of screening out individuals with disabilities. Plaintiffs further allege Defendants retaliated against them after they filed charges with the EEOC.

2.  Plaintiffs' complaint should be dismissed for lack of subject matter jurisdiction because the complaint fails to allege that they ever applied for a vacant position; as such, they lack standing to bring suit.

3. Plaintiffs' complaint should be dismissed for failure to state a claim because they fail to allege that they ever applied for a vacant position, that Defendants did not provide reasonable accommodations, and that CMS retaliated against them. Plaintiffs also fail to allege a disparate impact claim.

4. Plaintiffs' requests for certain injunctive relief and certain monetary damages should be dismissed because they lack standing, the relief they request is not permitted by the ADA, and the complaint does not allege sufficient facts to show facial plausibility.

5. Filed simultaneously and incorporated herein is a memorandum of law in support of Defendants' motion to dismiss.

WHEREFORE, Defendants request this honorable Court dismiss Plaintiffs' complaint.

        Respectfully submitted,

        ILLINOIS DEPARTMENT OF TRANSPORTATION and ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES,

        Defendants,

        LISA MADIGAN, Attorney General, State of Illinois

Anupama Paruchuri, #6302715
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 782-9767 Phone
(217 524-5091 Fax
Email: aparuchuri@atg.state.il.us

        Attorney for Defendants,

By: s/Anupama Paruchuri
    ANUPAMA PARUCHURI
    Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| NICHOLAS LESKOVISEK, ) | |
| AND CHAD UNDERWOOD ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | No. 17-3251-SEM-EIL |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| TRANSPORTATION AND ) | |
| DEPARTMENT OF CENTRAL ) | |
| MANGAGEMENT SERVICES ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2018, the foregoing document, *Motion to Dismiss*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Rachel Weisberg        rachelw@equipforequality.org

Respectfully Submitted,

 s/Anupama Paruchuri
Anupama Paruchuri, #6302715
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62701
(217) 782-9767 Phone
(217) 524-5091 Fax
E-Mail: aparuchuri@atg.state.il.us