IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| NICHOLAS LESKOVISEK, by his next friend, LORI STANLEY, et al., | |
| Plaintiffs, | No. 17-cv-03251 |
| v. | Hon. Judge Sue E. Myerscough |
| ILLINOIS DEPARTMENT OF TRANSPORTATION, et al., | Hon. Mag. Judge Eric I. Long |
| Defendants. | |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed that this matter be dismissed, with prejudice, without costs to either party, each party bearing their own costs and all matters in controversy for which said action was brought having been fully settled, compromised, and adjourned.

Respectfully Submitted,

/s/ Rachel M. Weisberg
One of the Attorneys for Plaintiffs
Rachel M. Weisberg
Paul W. Mollica
Equip for Equality
20 N. Michigan Ave, Suite 300
Chicago, Illinois 60602
(312) 895-7319
rachelw@equipforequality.org

/s/ Thomas R. Ewick (by consent)
One of the Attorneys for Defendants
Thomas R. Ewick
Assistant Attorney General
500 South Secondary Street
Springfield, Illinois 62701
(217) 782-1841
t.ewick@ilag.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2023, the foregoing document was filed with the Court's ECF system, which will send electronic notice to all parties of record.

/s/ Rachel M. Weisberg